

writer's direct:
310.272.7908 telephone
pkelly@kbkfirm.com

March 6, 2025

**Via ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

*Viacom International Inc. v. Zeus Networks, LLC et al,*
Case No. 25-cv-00973-AS

Dear Judge Subramanian:

This firm represents Plaintiff Viacom International Inc., and I have been admitted *pro hac vice* in this matter (*see* ECF 23). I write pursuant to Rule 2.A of the Court's Individual Rules of Practice in Civil Cases to advise that Court that I will serve as "Lead Trial Counsel" on behalf of Plaintiff in this matter.

Sincerely,

*/s/ Philip M. Kelly/*

Philip M. Kelly
(admitted *pro hac vice)*

cc:  Counsel of Record (via ECF)

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500    Los Angeles, CA 90067    310.556.2700 telephone    310.556.2705 facsimile    www.kbkfirm.com